UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RICHARD A. JOHNSON, et al | ) | |
| | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | NO. 3:11-0866 |
| | ) | JUDGE BRYANT |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY | ) | |
| OF AMERICA, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Respondent | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered as to J. C. Reed Advisory Group, LLC for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/29/13.

      KEITH THROCKMORTON, CLERK
      s/Althea F. Straughter, Deputy Clerk