# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RICHARD A. JOHNSON, and<br>C. DALE ALLEN, TRUSTEES,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 3:11-cv-866<br>)<br>)  Judge Haynes<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Richard A. Johnson and C. Dale Allen, in their official capacity as Trustees, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Final Judgment entered in this action on the 29th day of March, 2013.

        s/ Winston S. Evans
        Winston S. Evans (#6281)
        Evans, Jones & Reynolds, P.C.
        710 Suntrust Plaza
        401 Commerce St.
        Nashville, TN 37219-2405
        (615) 259-4685
        *Attorney for Plaintiffs, Richard A. Johnson*
        *and C. Dale Allen, Trustees*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEAL** has been served via **the Court's Electronic Filing System** upon:

Thomas K. Potter, III
James A. Haltom
BURR & FORMAN LLP
700 Two American Center
3102 West End Ave.
Nashville, TN 37203

this 23rd day of April, 2013.

                                                           s/ Winston S. Evans

366800.026