# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 08, 2013

Mr. Winston Sturdevant Evans
Evans, Jones & Reynolds
401 Commerce Street
Suite 710
Nashville, TN 37219

Mr. Thomas K. Potter III
Burr & Forman
3102 W. End Avenue
Suite 700
Nashville, TN 37203

Re: Case No. 13-5556, *Richard Johnson, et al v. Prudential Insurance Company*
Originating Case No. : 3:11-cv-00866

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 13-5556

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

RICHARD A. JOHNSON; C. DALE ALLEN, Trustees

    Plaintiffs - Appellants

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, INC.

    Defendant - Appellee

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: July 08, 2013